JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH,<br><br>    Plaintiff,<br><br>v.<br><br>PETER ANDREW COELER, Trustee; BARBARA CARMEN COELER, Trustee; and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No. 2:21-CV-02674-AB (PVCx)<br><br>**ORDER DISMISSING CIVIL ACTION AND VACATING ALL UPCOMING DATES** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **sixty (60) days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All upcoming dates and deadlines are **VACATED**.

Dated: January 18, 2022

                        HONORABLE ANDRÉ BIROTTE JR.
                        UNITED STATES DISTRICT JUDGE

1.