# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY DAVIS GASH;<br><br>          Plaintiff,<br>   v.<br><br>PETER ANDREW COELER, Trustee;<br>BARBARA CARMEN COELER,<br>Trustee; and DOES 1 THROUGH 10,<br>Inclusive<br><br>          Defendants | **Case No: 2:21-CV-02674-AB (PVCx)**<br><br>**ORDER DISMISSING WITH PREJUDICE THE ENTIRE ACTION**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

The Court having reviewed and considered, the parties' Joint Stipulation for Dismissal With Prejudice, **IT IS HEREBY ORDERED** that the above-captioned matter against all Defendants is **DISMISSED with prejudice**.  Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated:  _July 6, 2022_____

By: _____
   Hon. André Birotte Jr.
   United States District Judge

ORDER FOR DISMISSAL

1